UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| TERRY LAMONT WILSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | CAUSE NO.: 1:18-CV-346-TLS-SLC |
| SHERIFF, | ) | |
| Respondent. | ) | |

**OPINION AND ORDER**

Terry Lamont Wilson, a prisoner without a lawyer, filed a document attempting to challenge his sentence by the Grant Superior Court under cause number 27D02-1711-F5-144. Habeas corpus is the exclusive remedy for a state prisoner seeking to challenge the fact or duration of his custody. *See Preiser v. Rodriguez*, 411 U.S. 475, 488 (1973). Wilson did not use the court's habeas corpus form. Section 2254 Habeas Corpus Rule 2 recognizes that district courts may adopt a local form for such petitions. The use of a standardized form allows this Court to efficiently gather and review the information necessary to justly adjudicate habeas corpus cases. *See* Federal Rule of Civil Procedure 1 (Admonishing that the rules "should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding"). Therefore, he needs to file a habeas corpus petition using an AO-241 (Rev. 1/15) (Conviction, INND Rev. 8/16).

In addition, he must resolve his filing fee status. As explained on this Court's habeas corpus form, if he has more than $15.00 in his inmate trust account or if an average of $15.00 or more a month has been deposited into his inmate trust account for the past six months, he must pay the $5.00 filing fee.

For these reasons, the Court:

(1) DENIES the habeas corpus petition [ECF No. 1] WITHOUT PREJUDICE;

(2) DIRECTS the clerk to place this cause number on a blank AO-241 (Rev. 1/15) (Conviction, INND Rev. 8/16) and send it to Terry Lamont Wilson;

(3) GRANTS Terry Lamont Wilson until November 29, 2018, to resolve his filing fee status and file an amended habeas corpus petition on that form; and

(4) CAUTIONS Terry Lamont Wilson if he does not respond by the deadline, this case will be dismissed without further notice.

SO ORDERED on October 30, 2018.

s/ Theresa L. Springmann  
CHIEF JUDGE THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT